# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Melissa Schaal,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 2:20-cv-04999 |
| | ) | |
| **v.** | ) | Judge James L. Graham |
| | ) | |
| **Home Buys, LLC,** *et al.* | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties to this action hereby stipulate that this action is dismissed **WITH PREJUDICE**.  Plaintiff states there are no outstanding costs.

Agreed:

*/s/ Nelva J. Smith*_____
Nelva J. Smith (0083594)
John C. Ferrell (0097727)
STEPTOE & JOHNSON PLLC
41 South High Street, Suite 2200
Columbus, Ohio 43215
(614) 456-1656 phone
(614) 221-0952 fax
Nelva.smith@steptoe-johnson.com
John.ferrell@steptoe-johnson.com

*Attorneys for Defendants*
*Home Buys, LLC and*
*Patricia Jensen*

<u>*/s/ Evan McFarland per email authority 01/19/2021*</u>
Evan McFarland
The Spitz Law Firm, LLC
11260 Chester Road, Suite 825
Cincinnati, Ohio 45246
Evan.mcfarland@spitzlawfirm.com
Ph: (216) 291-4744
Fax: (216) 291-5744

***Attorney for Plaintiff, Melissa Schaal***